**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 11-2331**

ROBERT A. JOHNSON,

                Petitioner - Appellant,

      v.

EQUAL EMPLOYMENT OPPORTUNITY COMMISSION; DEPARTMENT OF THE
AIR FORCE,

                Respondents - Appellees.

Appeal from the United States District Court for the Eastern
District of Virginia, at Alexandria.  James C. Cacheris, Senior
District Judge.  (1:10-cv-01330-JCC-JFA)

Submitted:  April 20, 2012          Decided:  April 26, 2012

Before KING, GREGORY, and AGEE, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Robert Johnson, Appellant Pro Se.  Dennis Carl Barghaan, Jr.,
Assistant United States Attorney, Alexandria, Virginia, for
Appellees.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Robert A. Johnson appeals the district court's amended order dismissing his employment discrimination suit. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. Johnson v. Equal Emp't Opportunity Comm'n, No. 1:10-cv-01330-JCC-JFA (E.D. Va. filed Nov. 9, 2011 & entered Nov. 14, 2011). We deny Johnson's motion for the production of documents. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED